IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA.

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES AT 1409 PLAZA WEST ROAD, SUITE G, WINSTON-SALEM, NORTH CAROLINA;<br><br>2491 ARMSTRONG DR., WINSTON-SALEM, NORTH CAROLINA;<br><br>602 IDOL STREET, SUITE 105, HIGH POINT, NORTH CAROLINA; and<br><br>282 N EMILY COURT, HIGH POINT, NORTH CAROLINA<br><br>THE PERSON OF KATHY BRIGGS;<br><br>RANDAL WOOD; and<br><br>JASON NIKOUYEH | 23MJ393-1<br>23MJ394-1<br>23MJ395-1<br>23MJ396-1<br>23MJ397-1<br>23MJ398-1<br>23MJ399-1 |

## ORDER

The United States having moved to seal the search warrant affidavit and the supplement to its motion in the above-captioned cases, and the Court being appraised of the reasons therefore, IT IS HEREBY ORDERED that the search warrant affidavit and the supplement to this motion be sealed until further order of the Court.

The Court has inherent authority to order the sealing of search warrant materials. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). On the *ex parte* showing before the Court, the Court considers that the government has made a *prima facie* showing that justifies sealing the search warrant affidavit and the supplement to this motion.

The search warrant affidavit and the government's supplement to the motion to seal shall be placed under seal by the clerk until further order of the Court.

_____
JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA

Date: October 16, 2023